

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-16-00353-CV

_____

LEON REYES, APPELLANT

V.

GUADALUPE REYES, APPELLEE

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2015-518,576; Honorable Ruben Gonzales Reyes, Presiding

October 25, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Leon Reyes, gave notice of appeal from the *Final Decree of Divorce* dissolving his marriage with Appellee, Guadalupe Reyes. By letter dated October 7, 2016, the clerk of this court advised Leon that a filing fee of $205 was overdue and notified him that failure to submit payment within ten days would subject the appeal to dismissal pursuant to Rule 42.3(c) of the Texas Rules of Appellate Procedure.

Leon has not responded, paid the filing fee, nor made other arrangements for the discharge of the filing fee. *See* TEX. R. APP. P. 12.1(b). Unless a party is excused from paying a filing fee, the clerk of this court is required to collect filing fees set by statute or the Texas Supreme Court when an item is presented for filing. *See id.* at 5, 12.1(b). Although the filing of a proper notice of appeal invokes an appellate court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. *Id.* at 25.1(b).

Accordingly, having provided Leon a reasonable opportunity to cure this defect, this appeal is dismissed for failure to comply with a requirement of the appellate rules and failure to comply with a notice from the clerk requiring action within a specified time. TEX. R. APP. P. 42.3(c).

Per Curiam